Stephen Chang (SBN 312580)
stephen.chang@sidley.com
SIDLEY AUSTIN LLP
555 California Street
San Francisco, CA 94104
Telephone: (415) 772-1200
Facsimile: (415) 772-7400

William M. Sneed (admitted *pro hac vice*)
wsneed@sidley.com
Christopher M. Assise (admitted *pro hac vice*)
cassise@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

Attorneys for Plaintiffs and Counter-defendants
NEW HAMPSHIRE INSURANCE COMPANY
AND GRANITE STATE INSURANCE
COMPANY

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| NEW HAMPSHIRE INSURANCE COMPANY and GRANITE STATE INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>vs.<br><br>TIG INSURANCE COMPANY (as successor to Skandia America Reinsurance Corporation),<br><br>Defendant. | Case No. 3:20-cv-04668-WHO<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AND [~~PROPOSED~~] ORDER** |

1  WHEREAS, Plaintiffs New Hampshire Insurance Company ("NHIC") and Granite State Insurance Company ("GSIC") brought this suit against Defendant TIG Insurance Company ("TIG"), as successor to Skandia America Reinsurance Corporation. Dkt. No. 1.

WHEREAS, Defendant TIG brought a Counterclaim against Plaintiffs NHIC and GSIC. Dkt. No. 19.

WHEREAS, Plaintiffs and Defendant have settled this matter as to all causes of action, including all claims and counterclaims.

THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiffs and Defendant through their designated counsel that the above-captioned action should be dismissed with prejudice pursuant to FRCP 41(a)(1) and 41(c), including any and all claims and counterclaims stated herein against all parties, and that each party shall bear their own costs and attorneys' fees.

**IT IS SO STIPULATED.**

Dated: December 8, 2020

                SIDLEY AUSTIN LLP

                By: /s/ *Stephen Chang*
                      Stephen Chang
                      stephen.chang@sidley.com
                      SIDLEY AUSTIN LLP
                      555 California Street
                      San Francisco, CA 94104
                      Telephone:   (415) 772-1200
                      Facsimile:     (415) 772-7400

                      William M. Sneed (admitted *pro hac vice*)
                      wsneed@sidley.com
                      Christopher M. Assise (admitted *pro hac vice*)
                      cassise@sidley.com
                      SIDLEY AUSTIN LLP
                      One South Dearborn Street
                      Chicago, Illinois 60603
                      Telephone:   (312) 853-7000
                      Facsimile:     (312) 853-7036

                      Attorneys for Plaintiffs and Counter-defendants
                      NEW HAMPSHIRE INSURANCE COMPANY
                      and GRANITE STATE INSURANCE
                      COMPANY

Dated: December 8, 2020        PORTER, WRIGHT, MORRIS AND ARTHUR LLP

By:  /s/ *Teresa Snider*
Teresa Snider
Porter, Wright, Morris and Arthur LLP
321 N. Clark Street, Suite 400
Chicago, IL 60654
Telephone: 312-756-8490
Facsimile: 312-444-9287
Email: tsnider@porterwright.com

Attorneys for Defendant and Counter-plaintiff
TIG INSURANCE COMPANY

Dated: December 8, 2020        CHAMBERLIN & KEASTER LLP

By:  /s/ *Robert Wayne Keaster*
Robert Wayne Keaster
Chamberlin & Keaster LLP
15821 Ventura Blvd. Suite 165
Encino, CA 91436
Telephone: 818-385-1434
Fcsimile: 818-385-1802
Email: rkeaster@ckllplaw.com

Attorney for Defendant and Counter-plaintiff
TIG INSURANCE COMPANY

**LOCAL RULE 5-1 ATTESTATION**

I, Stephen Chang, am the ECF User whose ID and password was used to file this JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER.  In compliance with Local Rule 5-1(i)(3), I hereby attest that, counsel for Defendants, concurred in this filing.

Dated: 12/8/2020                                        By: /s/ *Stephen Chang*

## [~~PROPOSED~~] ORDER

The Court having considered the stipulation of the parties, and good cause appearing, therefor, orders as follows:

1. The above-referenced action is dismissed with prejudice, including as to any and all claims and counterclaims stated herein as to all parties.

2. Each party shall bear their own costs and attorneys' fees.

IT IS SO ORDERED.

Dated: December 9, 2020



Hon. William H. Orrick
United States District Judge